# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

**CORRECTED NOTICE**

For rules and forms visit
www.ca11.uscourts.gov

August 25, 2014

James N. Hatten
Richard B. Russell Bldg & US Courthouse
75 SPRING ST SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 14-13207-EE
Case Style: Sandra Stargel, et al v. STI, et al
District Court Docket No: 1:12-cv-03822-ODE

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

**_NOTE:   This dismissal applies only to Appellant Sandra D. Stargel.   The case is otherwise still open._**

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-13207-EE
_____

SANDRA D. STARGEL,
SELETHIA PRUITT,
and all others similarly situated,

                                                Plaintiffs - Appellants,

versus

SUNTRUST BANKS, INC.,
THE SUNTRUST BANKS, INC. BENEFITS PLAN COMMITTEE,
RIDGEWORTH CAPITAL MANAGEMENT, INC.,
JORGE ARRIETA,
HAROLD BITLER, et al.,

                                                Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

ENTRY OF DISMISSAL: Pursuant to Appellant Sandra D Stargel's motion for voluntary dismissal (joint stipulation of the parties), FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective August 25, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Lois Tunstall, EE, Deputy Clerk

                                                                   FOR THE COURT - BY DIRECTION